**From:**      cmecfhelpdesk@ohsd.uscourts.gov
**To:**        CASDdb_interdistricttransfer_casd
**Subject:**   Transferred case has been opened
**Date:**      Friday, May 8, 2020 4:59:23 AM

CASE: 3:19-cv-01568

DETAILS: Case transferred from California Southern
has been opened in Southern District of Ohio
as case 2:20-cv-02311, filed 05/08/2020.